No. 75–5864. RUDMAN *v.* STONE, CORRECTIONAL SUPERINTENDENT. C. A. 9th Cir. Certiorari denied.

No. 75–5865. SANDERS *v.* NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 75–5872. FORD *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 75–5874. WILKINS *v.* WILLIAMS, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 75–5885. TABASSO *v.* OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 73–2005. UNITED STATES ET AL. *v.* RAMBO. C. A. 6th Cir. Certiorari denied. MR. JUSTICE STEVENS took no part in the consideration or decision of this petition.

No. 74–722. UNITED STATES ET AL. *v.* CLARK ET AL. C. A. 5th Cir. Certiorari denied. MR. JUSTICE STEVENS took no part in the consideration or decision of this petition.

No. 74–6568. MAURICIO *v.* MCADAMS, WARDEN. C. A. 5th Cir. Certiorari denied. MR. JUSTICE STEVENS took no part in the consideration or decision of this petition.

No. 75–785. MANTA ET AL. *v.* TRYFOROS ET AL. C. A. 7th Cir. Certiorari denied. MR. JUSTICE STEVENS took no part in the consideration or decision of this petition.

No. 75–863. CHICAGO RAWHIDE MANUFACTURING CO. *v.* CRANE PACKING CO. C. A. 7th Cir. Certiorari denied. MR. JUSTICE STEVENS took no part in the consideration or decision of this petition.